# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cary, Peter G. | 2. Court or Organization<br><br>United States Bankruptcy Court for the District of Maine | 3. Date of Report<br><br>02/04/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>04/30/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Maine
537 Congress Street, Second Floor
Portland, ME 04101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Personal Representative | Estate #1 |
| 2. Member-Vice President | MittelAsen, LLC (through 1/4/14) |
| 3. Chair | ADR section of the Maine State Bar Association (through 2013) |
| 4. Member-Clerk | Brentwood West Neighborhood Association (through 2013) |
| 5. Co-Chair 10th Anniversary Marketing Committe | Campaign for Justice (through 9/2013) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/23/2013 | MittelAsen, LLC - former law firm. Buyout of membership interest. To be completed by end of 2014. |
| 2. 2013 | 401(k) still with MittelAsen, LLC. (I recused myself from all MittelAsen matters). |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 02/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Northwestern Mutual Life Insurance Company (payout from death of insured) | $3,538.37 |
| 2. 2014 | MittelAsen, LLC (former law firm - buy out and receivables) | $33,463.23 |
| 3. 2013 | MittelAsen, LLC (former law firm - services as an attorney) | $209,236.00 |
| 4. 2012 | MittelAsen, LLC (former law firm - services as an attorney) | $138,820.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Maine International Trade Center - salary |
| 2. 2012 | Maine International Trade Center - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 02/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 02/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | MittelAsen, LLC 401k plan MassMutual - Describe each asset held by 401 | F | Int./Div. | O | T | | | | | |
| 2. | - Franklin Stategic Income Fund-A | | | | | | | | | |
| 3. | - MFS Reseach Bond Fund R3 | | | | | | | | | |
| 4. | - American Funds Growth Fund of Am R3 | | | | | | | | | |
| 5. | - MFS Value Fund R3 | | | | | | | | | |
| 6. | - Ridgeworth Class Mid Cap Value | | | | | | | | | |
| 7. | - Delaware Global Fund Value Fund A | | | | | | | | | |
| 8. | KeyBank, NA bank account | A | Interest | K | T | | | | | |
| 9. | Vanguard - GNMA Fund Investor Shares | A | Int./Div. | K | T | | | | | |
| 10. | Vanguard - Ltd Term Tax Exempt Inv | D | Int./Div. | K | T | | | | | |
| 11. | Vanguard - Short Term Bond Index Admin | D | Int./Div. | K | T | | | | | |
| 12. | Estate #1 | A | Int./Div. | O | T | | | | | |
| 13. | - Real estate ▮▮▮▮▮ Cumberland County, Maine | | | | | | | | | |
| 14. | - Checking account ▮▮▮▮▮ Portland, Maine | | | | | | | | | |
| 15. | - Series EE United States Savings Bonds | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 02/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter G. Cary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544